ACCEPTED
04-14-00054-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/27/2015 3:28:32 PM
KEITH HOTTLE
CLERK



## Bexar County Appellate Public Defender's Office

Paul Elizondo Tower ◆ 101 W. Nueva St., Suite 310 ◆ San Antonio, TX 78205
Phone: (210) 335-0701 ◆ Fax: (210) 335-0707

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
1/27/2015 3:28:32 PM
KEITH E. HOTTLE
Clerk

January 27, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205

> Re:    Marcus Anthony Robinson v. State of Texas
>        Appeal No. 04-14-00054-CR
>        Cause No. 2011-CR-0413

To the Honorable Court of Appeals:

Pursuant to TEX. R. APP. P. 48.4 (West 2015), I hereby certify that I have notified the Appellant, Marcus Anthony Robinson, of his right to file a *pro se* petition for discretionary review. I have included a copy of the opinion and the judgment with my letter to Mr. Robinson. The notification was sent by certified mail, return receipt requested. A copy of the return receipt is attached to this letter. The undersigned attorney supplies the Court with the following information about this case:

Appellate attorney:  Michael D. Robbins (SBN 16984600).
Date of Opinion and Judgment: January 14, 2015.
Date notification mailed to Appellant: January 14, 2015.
Certified mail number: 7014 2120 0001 0617 1754.
Date return receipt received by the undersigned attorney: January 27, 2015.

Sincerely yours,

/s/ *Michael D. Robbins*

MICHAEL D. ROBBINS
Assistant Public Defender

Attachment
/mdr